# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| WARREN PARKS,<br>    Petitioner, | Case No. 1:17-cv-3 |
| vs. | Dlott, J.<br>Wehrman, M.J. |
| WARDEN, CORRECTIONAL<br>INDUSTRIAL FACILITY,<br>    Respondent. | **ORDER** |

This matter is before the Court on petitioner's motions for injunctive relief and motion to reply to respondent's motion for extension of time to file an answer. (Docs. 17, 18, 22).

In a separate Report and Recommendation issued this date, the undersigned has recommended that petitioner's habeas corpus petition be dismissed for lack of jurisdiction. The above motions that remain pending (Doc. 17, 18, 22) are therefore **DENIED** as moot.

**IT IS SO ORDERED.**

                                                   s/ J. Gregory Wehrman
                                                  J. Gregory Wehrman
                                                  United States Magistrate Judge