IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Warren Parks,

    Petitioner(s),

vs.

Warden, Correctional Industries Facility,

    Respondent(s).

Case Number: 1:17cv3

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Gregory Wehrman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 17, 2018 a Report and Recommendation (Doc. 31). Subsequently, the petitioner filed objections to such Report and Recommendation (Doc. 33).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the Court does not have jurisdiction over the petition, therefore, respondent's motion to dismiss (Doc. 26) is GRANTED.

IT IS SO ORDERED.

                                              ___s/Susan J. Dlott_____
                                              Judge Susan J. Dlott
                                              United States District Court